CIRCUIT COURT FOR WORCESTER COUNTY
Stephen V. Hales
Clerk of the Circuit Court
1 West Market Street, Room 104
Snow Hill, MD 21863-0000
(410)-632-5501
Criminal-(410)632-5502 MD Toll Free-1(800)340-0691 Land Rec.(410)632-5500

**NOTICE OF JUDGMENT**

IN THE CIRCUIT COURT FOR
WORCESTER COUNTY, MARYLAND
: Case Number: 23-C-13-001437
Originating Court Number: WDQ-13-1202

Judgment Creditor
PNC Bank National Association
249 Fifth Avenue

Pittsburgh, PA 15222

    VS

Judgment Debtor
Jetho N Chatani
11964 W. War Dancer Lane
Unit 101
Berlin, MD 21811

    TO: United States District Court, District of Maryland
        101 West Lombard Street

        Baltimore, Maryland 21201

    This is to notify you that the above-entitled Judgment:

        **has been recorded in this Court.**

Stephen V. Hales
Clerk of the Circuit Court
for Worcester County

Date: 10/22/13

```
                    CIRCUIT COURT FOR WORCESTER COUNTY
                             Stephen V. Hales
                         Clerk of the Circuit Court
                      1 West Market Street, Room 104
                           Snow Hill, MD 21863-0000
                                (410)-632-5501
     Criminal-(410)632-5502 MD Toll Free-1(800)340-0691 Land Rec.(410)632-5500
```

NOTICE OF FOREIGN JUDGMENT

Case Number: 23-C-13-001437 FJ
Originating Court Number : WDQ-13-1202
CIVIL

PNC Bank National Association vs Jetho N Chatani, et al

I HEREBY CERTIFY that the following Judgment has been recorded in this Court in the above entitled case:

Judgment Against:   Chatani, Jetho N
                    11964 W. War Dancer Lane
                    Unit 101
                    Berlin, MD    21811

Judgment in Favor of:   PNC Bank National Association

                        249 Fifth Avenue
                        Pittsburgh, PA    15222

Attorney:   Collins, Renita Esq
            Weinstock, Friedman & Friedman P A
            4 Reservoir Circle
            Second Floor
            Baltimore, MD    21208

| | | | |
|---|---|---|---|
| Judgment Ordered On: | 10/17/13 | | |
| Judgment Entry Date: | 10/22/13 | Other Fee: | $.00 |
| Amount of Judgment: | $230,151.69 | Service Fee: | $.00 |
| PreJudgment Interest: | $.00 | Witness Fee: | $.00 |
| Appearance Fee: | $.00 | Attorney Fee: | $2,142.75 |
| Filing Fee: | $.00 | Total Judgment: | $232,294.44 |

Plus post-judgment interest at the federal statutory rate under 28 U.S.C. 1961

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

Stephen V. Hales
Clerk of the Circuit Court

Issued: 10/22/13   2013 OCT 22  AM 10: 58

STEPHEN V. HALES
CLK. CT. CT.
WOR. CO.